**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-1528**

————————

DONNA MARIE HAMILTON,

                              Plaintiff - Appellant,

        versus

GEORGE TENENT, Director, Central Intelligence
Agency,

                              Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-98-1195-A)

————————

Submitted:  August 19, 1999          Decided:  August 25, 1999

————————

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Donna Marie Hamilton, Appellant Pro Se.  Dennis Edward Szybala, As-
sistant United States Attorney, Alexandria, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donna Marie Hamilton appeals the district court's order denying relief in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hamilton v. Tenent, No. CA-98-1195-A (E.D. Va. Feb. 8, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on February 5, 1999, the district court's records show that it was entered on the docket sheet on February 8, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-45 (4th Cir. 1986) (1994).